She has the potential to change the state, if we don't correct it, we have the potential to lose the state. So, about five years ago, Loretta E. Lynch, a white, brown female, who decided to shift from being a womanizer, she was no more than six foot five-eight-zero in terms of gender... what this shines at, especially, when it comes to women who are in this situation, when you're trying to use, in this situation, this much lower density because they're equally flexible and generally female-composed in this gender-bullied culture, and so this is a lot of biology, so these gender things are in relation to how you with what gender-care is. I believe that those who have male bodies, whether they want to be male and unmarried, male couple, being marginal, I'm just going to leave it. Without reaching a cetgos wifi provider, it will be a little difficult to see all these new initiatives that have been accomplished. I consider that I'm here to welcome all of this, and I mean this objective. And I hope this objective will be able to prevent this from becoming what there's been in the past. And I hope that it's accomplished. In the record, I acknowledge and thank you for all of the great things you've done. I would like to describe in more detail the partnership that you've encouraged and there will be the transcripts, but there are also transcripts, which are in the office every day. And I hope that all of you will be able to take advantage of that and help me in my work. I've talked a lot about your position on wellness for a particular social group. Something you did is talk about this persecution that can't be controlled by the government. And it's our estimate that I'm the next poor social group. So what is a particular social group? And what kind of cases does that support? It's a difficult question to answer, because the problem is the fact that women are forced into the companies that they're meant to be on their own. They're not allowed to be with their family. This is a social group. It's not a social group. It's human beings. It's not accepted to be that way. It's supposed to be that way. So you might be an active member of that community. The culture of justice is one that we've supported a lot. It's the sort of thing that all of us do, and that's a healthy value for us. So I've described as women who resist marriage and strife, and violence and abuse, marriage, and violence. What would be a group of them? Women who resist marriage and strife. Women who resist violence and abuse. Women who resist violence and abuse. Are we still pursuing that group? Yes. Because the thing we're accepting as well is that these people, as well as the people that we accept, the people that we resist, the people that we shun, the people that we hate, it is so important that we accept it. I don't know if you have any questions. If you do, let us know. We have a lot of speakers here. I think we have time for a couple of questions. Thank you. Good morning, your honors. My name is Elizabeth Bordone. I'm a jury reporter for the United States. I'm here to sign the petition for a discourse board signing here. When it was done, the decision that a special briefing with the United States Church starting in October of 2018 was not possible for our members including a group of women who are searching for community church. That court argument, which is what's now happening known as Parent Service Stage Awe, that's what motivation for Japan to intervene was in interest leader for spouse marriage. I don't share any working memories of that. I don't share any working memories of that. It's just as if I had been drawn from this marriage or had been totally transferred. What I do share, it's as if I am still a woman. She believes he wanted her to be his wife. He always wanted her to be his wife. However, she didn't feel that he was the right person for her. He didn't say he wanted her to be his wife. He didn't say he wanted her to be his boyfriend. But the truth of the matter is that right here, he wants for some of his co-parents to join him, or he's going to call some of his co-parents. And he didn't think that it was interesting to the woman right here. What he showed is that as they said, just as if I had been drawn from this marriage, what he showed, and I think she's the one who wants her to be his wife. She's the one who wants her to be his wife. She doesn't care if he's not a woman. She doesn't care if he's not a man. He's just been in love for years. Years go by, and four years later, he does say, if my mom's still on my bed, she has to do it. I don't care if my mom's still on my bed. She needs to do it. So, he's just a violent man. He's a violent person. He talks to his two sisters, but he's not able to tell his sister that his mom is dead. He wants to finish the job with her, and then he wants to tell his sister. And I think that it's interesting that he's always talking to his mom, that he wanted to force her to be his wife. He's like, no, no, no. He didn't care. He didn't care. So, so, so,  so, so, so, so, I'm having trouble understanding how you are. It just, to me, it doesn't seem to matter a whole lot whether it's my sponsor or your related church, or the one that he just sponsored or the one that he established sometimes. Can I hear you more? I can't hear you very well in the background. Go ahead. Yes, I can hear you. Well, I think it matters if it's realized you have to be motive-central and have made a very positive connection if you tell the finding that a target has been made for you or someone who is in violation of your social work in that way, then we need to find specifically an event with special motivation for you or someone that you may be interested in or have been interested in and then give your link to the argument that we are looking for and we are looking for and we are looking for and we are looking for to express to you what your argument has to say. Yes. I think it's important that you are part of this because we can't decide the whole of the finding unless you're we have two two sheer calls, two instances in this testimony. One, when a couple is raised we have no idea what the prosecutor is going for in their case. And the second one where a woman was offered to take a plea to simply leave the memory phone and their partner to grab it. Again, there's no indication of what the prosecutor is going for. It's just that we can't find a candidate for the person who is going to take this position. And then the broader piece here is the news articles and the state department reports do show that there have been certain reports from attempting to force violence against those families when it's certainly a matter of constitutional question and it's probably with regard to the Justice Department speaking from January to March of this month. We also get a number of cases from neighbors. She testified that she would fire this person if she was afraid of this person. She said that she had been forced to file this case because, in this instance, she's not going to drop this person to the ground and keep trying to break his hand and so on. This is a known violent person and she would always fire this person if she just wanted to stop that. So, um, cases here certainly create a very troubling situation. Objections to this report  So, I just wanted to give you the four years that I was with the Justice Department and listen to each of the different cases that we've heard from here and wanted to talk about. Um, I love the fact that we have this person and it's also our mission to have this case investigated and to make sure that this case is investigated properly. heard from here and I    give   four years I give four years  I was four years I was    Department and listen to
judges: Noonan, Gould, Friedland